UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21693-CIV-SEITZ/O'SULLIVAN

JOSE CARTEGENA, Individually,

    Plaintiff,

v.

SOLDIER SECURING, CO., a Florida
For Profit Corporation and ALBERSIS MAIRENA,
Individually,

    Defendants.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09) on or before October 27, 2009.  The failure to file a response may result in an Order granting the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09) in its

entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 13th day of October, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record

Sent by Chambers to:
Soldier Securing Corp.
C/o Spiegel & Utrera, P.A., Registered Agent
1840 SW 22nd Street, 4th Floor
Miami, Florida 33145

Sent by Chambers to:
Albersis Mairena
18263 SW 149th Place
Miami, Florida 33187