UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21693-CIV-SEITZ/O'SULLIVAN

JOSE CARTEGENA, Individually,

    Plaintiff,

v.

SOLDIER SECURING, CO., a Florida
For Profit Corporation and ALBERSIS MAIRENA,
Individually,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09).  This Court issued an Order on October 13, 2009, (DE # 25), pursuant to Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida, requiring the defendants to respond to the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09) by October 27, 2009.  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

The defendants were warned in the October 13, 2009, Order (DE # 25) that the failure to file a response may result in an Order granting the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09) in its entirety. As of the date of this

Order, the defendants have failed to file a response to the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09). Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 23, 9/11/09) is GRANTED. The defendants shall respond to the outstanding discovery on or before November 23, 2009.

DONE and ORDERED, in chambers, in Miami, Florida, this 2nd day of November, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record

Sent by Chambers to:
Soldier Securing Corp.
C/o Spiegel & Utrera, P.A., Registered Agent
1840 SW 22nd Street, 4th Floor
Miami, Florida 33145

Sent by Chambers to:
Albersis Mairena
18263 SW 149th Place
Miami, Florida 33187